**COMMONWEALTH of Pennsylvania, Appellee/Cross–Appellant**

v.

**Rosa M. HARTFORD, Appellant.**

Supreme Court of Pennsylvania.

Argued April 26, 1999.

Decided Aug. 18, 1999.

Marsha L. Levick, Hattie Ruttenberg, Leval S. Miller–Wilson, Susan Snyder, Lourdes M. Rosado, Juvenile Law Center, for Rosa M. Hartford.

D. Michael Fisher, Atty. Gen., Robert A. Graci, Asst. Executive Deputy Atty. Gen., Office of Atty. Gen., for the Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

**AND NOW**, this 18th day of August, 1999, this appeal is DISMISSED as improvidently granted. Consequently, appellants' motions to suppress portions of appellee/cross-appellant's brief, to suppress portions of brief of amicus Family Research Council, and to suppress pre-sentence report and victim impact statement are DENIED.

Justice CAPPY files a dissenting statement in which Justice NEWMAN joins.

CAPPY, Justice, dissenting.

I dissent from the decision of the majority to dismiss this matter as having been improvidently granted. I would reach the issues as presented because I have grave doubts whether 18 Pa.C.S. § 2904(a) was intended to apply to factual situations such as those presented in this case.

Justice NEWMAN joins this Dissenting Statement.